BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-10-0239 EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOHN R. VANZETTI, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On December 15, 2011, the Court issued an order relating Mr. Vanzetti's case to United States v. Chandler, et al., Cr. No. S-11-511 EJG. Related Case Order, Dkt. 31. The five defendants charged in United States v. Chandler, Wiley C. Chandler, Andrew B. Katakis, Donald M. Parker, Anthony B. Joaquim, and W. Theodore Longley, are set to appear before the Court on January 27, 2012.

Mr. Vanzetti is also presently scheduled to appear on January

1

27, 2012 for a Status Conference regarding Judgment and Sentencing. Mr. Vanzetti, however, may be called as a witness at the trial of the defendants in <u>United States v. Chandler</u>. As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference currently set for January 27, 2012, at 10:00 a.m. be continued to April 27, 2012. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

Dated: January 12, 2012　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　Benjamin B. Wagner
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　 s/Russell Carlberg*
　　　　　　　　　　　　　　　　　　　RUSSELL L. CARLBERG
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　Sharis A. Pozen
　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　By:　 s/Anna Pletcher
　　　　　　　　　　　　　　　　　　　ANNA TRYON PLETCHER
　　　　　　　　　　　　　　　　　　　TAI S. MILDER
　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　Antitrust Division

　　　　　　　　　　　　　　　　　　　 s/Christopher Wing*
　　　　　　　　　　　　　　　　By:　 CHRISTOPHER H. WING
　　　　　　　　　　　　　　　　　　　Counsel for Defendant

*Signed with permission.

2

| | |
|---|---|
| 1 | ORDER |
| 2 | For the reasons stated above, the Court reschedules the status |
| 3 | conference regarding judgment and sentence to April 27, 2012. |
| 4 | DATED: January 17, 2012 |
| 5 | IT IS SO ORDERED. |

```
                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE
```